UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
DEC 26 2007
MARY E. D'ANDREA, CLERK
Per ___

1:07-CV-2314

Jonathan Lee Riches©,
Plaintiff

Civil No:

V.

Wolfgang Puck American Grille d/b/a The Borgata a/k/a theBorgata.com,
Defendant

## Complaint

Comes Now the Plaintiff, Jonathan Lee Riches©, w pro-se, Moves under 42 USC 1983. Plaintiff seeks 7 million in damages. Wolfgang Puck is in a conspiracy with Pennsylvania Hunting Season and FCI Williamsburg with my food. Mr. Puck is a part time cook at FCI Williamsburg. I'm subjected to foods that he orders from foreign Governments, I'm in Solitary Confinement. Defendant serves me Iranian Beef cattle on Afghan Poppy seed Bagel, all Beef Pakistani Patties. I got Hamas Ham, Lebenon Baloni, Tamil Tiger meat and a Sacifist Salad. I'm Jewish and this prison won't give me Kosher. I'm starving, I weigh 120 Lbs. at 5ft 10 inches. FCI Williamsburg and Puck took my Pictures, but I submit my picture Evidence at Myspace/therealJonathanLeeRiches.com. These foods are in violation of the Trading with Enemy Act, Free trade Agreement, and capitalism. I'm suffering.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully Submitted
Jonathan Lee Riches©

Name: Jonathan Lee Riches©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
18 DEC 2007 PM 1 T

United States District Court
Middle District of Pennsylvania
Clerk of Court
228 Walnut Street
Harrisburg, PA 17108

17108+3800

Legal Mail